HEFNER, STARK & MAROIS, LLP
Howard S. Nevins (CA Bar Assn. No. 119366)
Aaron A. Avery (CA Bar Assn. No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: aavery@hsmlaw.com

Proposed Attorneys for
GEOFFREY RICHARDS,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| In re<br><br>GREGORY WILLIAM COSTO,<br><br>Debtor. | Case No. 10-20262-C-7<br>DC No.: HSM-002<br>Date: March 9, 2010<br>Time: 9:30 a.m.<br>Place: 501 I Street<br>Sacramento, CA<br>Ctrm. 35, 6th Flr.<br>Judge: Christopher M. Klein |

**MOTION TO ABANDON PROPERTY OF THE ESTATE LOCATED AT 1914 DEEP SPRINGS LANE, LINCOLN, CALIFORNIA**

GEOFFREY RICHARDS, the Chapter 7 Trustee herein ("Trustee"), moves this court for authority to abandon the estate's interest in real property of the estate located at and commonly known as 1914 Deep Springs Lane, Lincoln, California (the "Property"). The Trustee's motion to abandon the Property (the "Motion") is made pursuant to 11 U.S.C. § 554(a) because the Property is of inconsequential value or benefit to the estate and is otherwise burdensome to the administration of this case. In support of the Motion, the Trustee respectfully represents as follows:

1. GREGORY WILLIAM COSTO, the Debtor herein ("Debtor"), filed his voluntary petition under Chapter 7 of the Bankruptcy Code on January 6, 2010. The Trustee was appointed Chapter 7 Trustee on that date.

2. Jurisdiction for the filing of this motion exists pursuant to 28 U.S.C. § 157 and 1334; 11 U.S.C. § 554(a); and the reference to this court by the District Court for the Eastern District of California.

3. In his Schedule A, filed January 20, 2010, the Debtor listed the Property as having a value of $420,000.00. In his Schedule D, filed January 20, 2010, the Debtor listed $575,348.00 in claims secured by one or more deeds of trust recorded against the Property.

4. On January 26, 2010, Deutsche Bank National Trust Company ("Deutsche Bank"), as the servicing agent for Harborview 2006-2 ("Harborview") filed a Motion for Relief From the Automatic Stay [ND-1] (the "Motion For Relief") with respect to the Property so that it could exercise its rights under state law, including foreclosure. Deutsche Bank's Motion for Relief argues there is negative equity in the Property in the amount of $195,633.16. The hearing on Deutsche Bank's Motion for Relief is scheduled for February 16, 2010.

5. Pursuant to 11 U.S.C. § 554(a), after notice and a hearing, the Trustee ". . .may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

6. The Trustee has investigated the Property through review of the Debtor's Schedules, and analysis of the Motion for Relief. Based upon his investigation and experience as a Chapter 7 Trustee, the Trustee believes that there is no realizable equity in the Property, and it is therefore of inconsequential value and benefit to the estate.

7. Further, the Property is or may be burdensome to the estate due to the possible negative tax consequences to the estate from a foreclosure of the Deutsche Bank Deed of Trust against the Property.

**WHEREFORE,** the Trustee respectfully requests that the Court order that the Property be abandoned.

Dated: February 12, 2010     HEFNER, STARK & MAROIS, LLP

By _____
Aaron A. Avery, Proposed Attorneys for
GEOFFREY RICHARDS, Chapter 7 Trustee

K:\Richards, Geoffrey\Costo, Gregory William (7687-0004)\pldg mtn abandon 1914 Deep Springs, Lincoln, CA mtn.wpd