# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Gregory William Costo | **Case No :** | 10−20262 − C − 7 |
| | | **Date :** | 7/20/10 |
| | | **Time :** | 09:30 |
| **Matter :** | [87] − Motion/Application for Relief from Stay [PPR−1] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (jris) [87] − Motion/Application for Adequate Protection [PPR−1] Filed by Creditor U.S. Bank, N.A. (jris) | | UNOPPOSED |
| **Judge :** | Christopher M. Klein | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | C | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

MOTION was :

The court will issue a minute order.

Motion will be granted as to the interest of the trustee, and denied as moot as to the interest of the debtor(s) because the debtor(s) received a discharge on May 19, 2010. The automatic stay automatically expires upon entry of discharge pursuant to 11 U.S.C. § 362(c)(2)(C). Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing. Resolved without oral argument.